# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1689

_____

CHRISTOPHER RANDALL COLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Baker County.
James M. Colaw, Judge.

June 28, 2019

PER CURIAM.

Appellant's convictions and sentences for both possessing methamphetamine, and possessing the same meth with intent to sell it, within a thousand feet of a single proscribed location, do not violate double jeopardy. *Thomas v. State*, 61 So. 3d 1157 (Fla. 1st DCA 2011); *see also Johnson v. State*, 150 So. 3d 214, 216 (Fla. 1st DCA 2014) (collecting cases).

AFFIRMED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andy Thomas, Public Defender, and Carrie McMullen, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.